NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RONALD D. GILBERT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2012-7006

---

Appeal from the United States Court of Appeals for
Veterans Claims in case no. 10-0705, Judge Lawrence B.
Hagel.

---

## ON MOTION

---

Before LOURIE, SCHALL, and DYK, *Circuit Judges.*

PER CURIAM.

## ORDER

Ronald D. Gilbert objects to the court's dismissal of
his appeal for lack of jurisdiction, which we construe as a
motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**DEC 1 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ronald D. Gilbert
     K. Elizabeth Witwer, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 1 2012**

**JAN HORBALY**
**CLERK**